IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN R. JACKSON, | ) | 1:08cv0288 LJO DLB |
| | ) | |
| | ) | ORDER REQUESTING STATUS |
| | ) | REPORT ON SERVING THE |
| | ) | COMPLAINT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On February 28, 2008, Plaintiff filed the present action in this Court. On the same date, the Court issued a Scheduling Order that requires service to be completed within twenty (20) days. To date, the Court has not received a proof of service indicating that the complaint was served on Defendant.

Therefore, Plaintiff is ORDERED to file a status report regarding the status of service of process of the complaint. The status report SHALL be filed within fifteen (15) days of the date of this order.

<u>Failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   July 14, 2008**               /s/ Dennis L. Beck
                                                                      UNITED STATES MAGISTRATE JUDGE

1